# Court of Appeals
# of the State of Georgia

ATLANTA, September 18, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0034. ERIC SINCLAIR HOLMES v. THE STATE.**

A probate court found Eric Sinclair Holmes guilty of several traffic offenses, including driving under the influence. See OCGA § 40-13-21 (jurisdiction of probate court over misdemeanor traffic offenses). Holmes appealed to the superior court, which affirmed. See OCGA § 15-6-8 (3) (appellate jurisdiction of superior court over probate judgment). Holmes filed this application for discretionary appeal.

Under OCGA § 5-6-35 (a) (1), however, no application for discretionary appeal is required from an order of the superior court reviewing the judgment of a probate court. See *Phillips v. State*, 261 Ga. 190 (402 SE2d 737) (1991). This Court will grant an otherwise timely discretionary application if the lower court's order is directly appealable and the applicant has not already filed a notice of appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Holmes shall have ten days from the date of this order to file a notice of appeal with the superior court. If, however, he has already filed a notice of appeal, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 09/18/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen
_____ , *Clerk.*